**UNITED STATES DISTRICT COUTY**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DAVID S. WILLIAMSON,** an individual,<br><br>**Plaintiff,**<br>**v.**<br><br>**BLACKPOWDER PRODUCTS INC., and DIKAR S. COOP**,<br><br>**Defendants.** | **Case No. 1:22-cv-877**<br><br>**Hon. Robert J. Jonker** |
| Paul M. Morgan (P58903)<br>Davis C. Martin (P84717)<br>Willis Law<br>Attorneys for Plaintiff<br>491 W. South Street<br>Kalamazoo, MI 49007<br>(269) 492-1040 | Christopher D. Morris (P36292)<br>LEWIS REED & ALLEN, P.C.<br>Attorney for Defendants<br>136 E. Michigan Avenue, Ste. 800<br>Kalamazoo, MI 49007<br>(269) 388-7600<br><br>James E. Singer (Georgia Bar 649028)<br>Bovis, Kyle, Burch & Medlin, LLC<br>Attorneys for Defendants<br>200 Ashford Center North, Suite 500<br>Atlanta, Georgia 30338<br>(404) 391-9100 |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Upon the stipulation of the parties pursuant to a settlement agreement, by and through their counsel and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants are hereby dismissed in their entirety with prejudice and without costs to either party.

IT IS SO ORDERED.

*This is a final Order and closes the case.*

______________________________
HON. ROBERT J. JONKER

______________________________
DATED

Stipulated as to form and content:

*/s/_Paul M. Morgan*____________
PAUL M. MORGAN (P58903)
DAVIS C. MARTIN (P84717)
Attorneys for Plaintiff

*/s/_James E. Singer with permission*_
JAMES E. SINGER (Georgia Bar 649028)
Attorneys for Defendants

*/s/_Christopher D. Morris with permission*
CHRISTOPHER D. MORRIS (P36292)
Attorneys for Defendants